CV5-607 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00607-CV







In the Matter of A. W. C.








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. J-14,236, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM



 Appellant A. W. C. has filed a motion to dismiss his appeal. We grant appellant's
motion. Tex. R. App P. 59(a)(1)(B).



Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: August 14, 1996

Do Not Publish